UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-00027(01)RM |
| | ) | |
| DERRICK GLASS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 28, 2009 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Derrick Glass's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED:  May 26, 2009 

                                           /s/ Robert L. Miller, Jr.
                                           Chief Judge
                                           United States District Court